UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br> )<br>vs. )<br> )<br>RALPH FISCHER, )<br>　　　　Defendant. ) | <br><br><br>CAUSE NO.  1:20-cr-00150-JMS-DLP<br><br>- 01<br> |

**REPORT AND RECOMMENDATION**

On December 22, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on November 4, 2025, order granting Petition on November 5, 2025, and Supplemental Petition filed on December 18, 2025.  [Filing Nos. 67, 68, 71, 72.]  Defendant appeared in person with his appointed counsel Leslie Wine.  The government appeared by Barry Glickman, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Justin Ottino.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

　　　　1.　　　　The Court advised Defendant of his rights and provided him with copies of the petitions.  Defendant orally waived his right to a preliminary hearing.

　　　　2.　　　　After being placed under oath, Defendant admitted violation number 1.  [Filing Nos. 67, 68, 71, 72.]  Government orally moved to withdraw the remaining violation number 2, which motion was granted by the Court.

　　　　3.　　　　The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not commit another federal, state, or local crime."** |

        On or about October 19, 2025, Mr. Fischer was arrested by the Indianapolis Metropolitan Police Department and charged with Operating a Vehicle While Intoxicated Endangering a Person (Misdemeanor); Operating a Vehicle with an ACE of .15 or More (Misdemeanor); and Operating a Vehicle While Intoxicated (Misdemeanor). All charges were filed in Marion Superior Court under Case No. 49D34-2510-CM-32147.

        On December 2, 2025, Mr. Fischer plead guilty pursuant to a plea agreement to Operating a Vehicle While Intoxicated Endangering a Person (Misdemeanor), in violation of Indiana Code 9-30-5-2(a) & (b), and was sentenced to 365 Days with 255 Days suspended.

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is VI.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months imprisonment.

5. The parties jointly recommended a sentence of 12 months of incarceration with no supervised release to follow. Defendant requested placement at FCI Terre Haute, Indiana.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) and § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 months with no supervised release to follow. The Magistrate Judge makes recommendations of placement at FCI Terre Haute, Indiana and to participate in a substance abuse treatment program. The

Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 12/22/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system