UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:20-cr-00150-JMS-DLP-01 |
| RALPH FISCHER, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

Having reviewed Magistrate Judge Tim A. Baker's Report and Recommendation dkt [76] recommending that Ralph Fischer's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Baker's Report and Recommendation dkt [76]. The Court finds that Mr. Fischer committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* at dkts. [67, 68, 71, 72]. The Court dismissed Violation Number 2 at dkts. [67, 68, 71, 72]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Fischer is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and with no supervised release to follow. The Court recommends placement at FCI Terre Haute, Indiana.

Date: 12/29/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system